**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, No. 130932
Assistant United States Trustee
Katherine C. Bunker, No. 240593
Trial Attorney for United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone (213) 894-3326; Facsimile (213) 894-0276
Email  jennifer.l.braun@usdoj.gov
       kate.bunker@usdoj.gov

FILED & ENTERED

OCT 26 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Remy        DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**ALEX MARTINEZ**,<br><br>            Debtor. | Case No. 1:13-bk-17106-MT<br><br>Chapter 11<br><br>**ORDER DENYING APPROVAL OF AMENDED DISCLOSURE STATEMENT DESCRIBING CHAPTER 11 PLAN**<br><br>Date:   October 22, 2015<br>Time:   9:30 a.m.<br>Crtm:   302 |

On October 22, 2015, a hearing was held on the debtor's Amended Disclosure Statement Describing Chapter 11 Plan (the "Amended Disclosure Statement"), with appearances made on the record.  Having considered the information contained in the Amended Disclosure Statement, the United States Trustee's objection to the Amended Disclosure Statement and the record, and for the reasons set forth in the tentative ruling,

IT IS HEREBY ORDERED that the United States Trustee's objection is sustained in full.

/ / /

/ / /

IT IS HEREBY FURTHER ORDERED that approval of the Amended Disclosure Statement is DENIED.

###

Date: October 26, 2015

Maureen A. Tighe
United States Bankruptcy Judge