**PETER C. ANDERSON**
**UNITED STATES TRUSTEE**
Jennifer L. Braun, Bar No. 130932
Assistant United States Trustee
Katherine C. Bunker, Bar No. 240593
Attorney for the United States Trustee
**OFFICE OF THE UNITED STATES TRUSTEE**
915 Wilshire Blvd., Ste. 1850
Los Angeles, CA 90017
Telephone: (213) 894-3326; Facsimile (213) 894-0276
Email: kate.bunker@usdoj.gov



FILED & ENTERED

OCT 27 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Fisher    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>**ALEX MARTINEZ,**<br><br>Debtor. | Case No. 1:13-bk-17106-MT<br><br>Chapter 11<br><br>**ORDER DISMISSING CASE WITH JUDGMENT FOR QUARTERLY FEES**<br><br>Date:   October 22, 2015<br>Time:   9:30 a.m.<br>Crtm:   302 |

    The United States Trustee's Motion Under 11 U.S.C. § 1112(b) to Convert or Dismiss with an Order Directing Payment of Quarterly Fees and for Judgment Thereon was held at the above-referenced time and place, with appearances as noted on the record.  The Court having considered the motion, the entire record, and good cause appearing therefore:

    IT IS HEREBY ORDERED that this case is dismissed.

/ / /

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that judgment with applicable interest is entered against the debtor and in favor of the United States Trustee in the amount of $650.00 for unpaid United States Trustee Quarterly Fees.

###

Date: October 27, 2015

Maureen A. Tighe
United States Bankruptcy Judge